# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACE WASHINGTON

NO. 2021 KW 1410

DECEMBER 30, 2021

---

In Re:   Jace Washington, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, No.
         431086-1.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT